**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 18 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GREGORY RICHARDSON, | No. 18-56367 |
| Petitioner-Appellant, | D.C. No. 2:17-cv-07406-VBF-PLA |
| v. | |
| STUART SHERMAN, Warden, | MEMORANDUM[*] |
| Respondent-Appellee. | |

Appeal from the United States District Court
for the Central District of California
Valerie Baker Fairbank, District Judge, Presiding

Submitted July 15, 2019[**]

Before:   SCHROEDER, SILVERMAN, and CLIFTON, Circuit Judges.

Gregory Richardson appeals pro se from the district court's order denying his motion to voluntarily dismiss his 28 U.S.C. § 2254 habeas petition pursuant to Federal Rule of Civil Procedure 41(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *see Am. Soccer Co. v. Score First Enters.,* 187 F.3d

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

1108, 1109-10 (9th Cir. 1999), and we vacate and remand.

Richardson had an absolute right to a dismissal without prejudice because he filed a notice of voluntary dismissal before the appellee filed an answer or moved for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A); *Am. Soccer Co.*, 187 F.3d at 1110. Appellee concedes, and we agree, that the district court erred by denying Richardson's motion and by applying the Prisoner Reform Litigation Act, 28 U.S.C. § 1915(g), to Richardson's habeas corpus petition. *See Andrews v. King,* 398 F.3d 1113, 1122-23 (9th Cir. 2005) ("[T]he language of § 1915(g) does not encompass habeas petitions."). Accordingly, we vacate the judgment dismissing Richardson's petition with prejudice and order that the petition be dismissed without prejudice. *See Am. Soccer Co.*, 187 F.3d at 1112.

**VACATED and REMANDED.**

18-56367